**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 20, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00114-CV

---

## ULLICO CASUALTY COMPANY, Appellant

### V.

## MATTHIESEN, WICKERT & LEHRER, S.C. AND KELLY, SMITH & MURRAH, P.C., Appellees

---

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause No. 60307**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 28, 2013. On May 12, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.